UNITED STATES DISTRICT COURT                CIVIL CONFERENCE
EASTERN DISTRICT OF NEW YORK                MINUTE ORDER

BEFORE:     JAMES ORENSTEIN                 DATE:     12/4/2015
            U.S. MAGISTRATE JUDGE           TIME:     9:30 a.m.

*Terrence Forte v. James Famiano et al.*
15-CV-3302 (FB) (JO)

TYPE OF CONFERENCE:  Status

APPEARANCES:    Plaintiff      Matthew S. Flamm
                Defendants     Melodi D. Kinsella
                City           Kavin S. Thadani

SCHEDULING: The next pretrial conference will be held on February 4, 2016, at 10:30 a.m.

SUMMARY: As set forth on the record, I resolved certain discovery disputes and will expect the parties to complete discovery on time and be prepared to discuss settlement at the next conference.

SO ORDERED

_____/s/_____
JAMES ORENSTEIN
U.S. Magistrate Judge