

**THE CITY OF NEW YORK**
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**ZACHARY W. CARTER**
*Corporation Counsel*

**KAVIN THADANI**
*Senior Counsel*
phone: (212) 356-2351
fax: (212) 356-3509
email: kthadani @law.nyc.gov

December 4, 2015

**BY ECF**
Honorable James Orenstein
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  Forte v. Famiano, et al., No. 1:15-cv-03302-FB-JO

Dear Magistrate Judge Orenstein:

I am a Senior Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, representing third-party defendant the City of New York ("City") in the above-referenced matter. The City respectfully submits the attached executed Confidentiality Stipulation and Order for the Court's endorsement.

Thank you for consideration in this regard.

Respectfully,

/s/ Kavin Thadani_____

Kavin Thadani
Senior Counsel
Special Federal Litigation

Encl.

cc:    **<u>BY ECF</u>**
Matthew Flamm
*Attorney for Plaintiff*

James Moschella
*Attorney for Defendants / Third-Party Plaintiffs*